UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WAYNE STEVENSON, GAYLE STEVENSON,
LARRY HOLZMILLER, JUDITH HOLZMILLER,
RANDALL JACOBSEN, MARGARET C. JACOBSEN,
RONALD LONSCAR, JAMES L. MANTZ, DIANA L.
MANTZ, STAN R. MATTSON, JANICE L. MATTSON,
DAN SHILLINGLAW, MARGARET R. SHILLINGLAW,
DOUGLAS TETTING, TERRENCE P. VOGL, JEAN VOGL,
JEFFREY J. WEIDE, MARY LINDA WEIDE,
ROGER WILLMS, LINDA T. WILLMS,
EUGENE ZIAREK, and EILEEN ZIAREK,

            Plaintiffs,

            Case No. 02-C-530

    -vs-

MILWAUKEE FORGE,
MILWAUKEE FORGE HEALTH PLAN,
and MILWAUKEE FORGE EARLY
RETIREMENT INCENTIVE PLAN,

            Defendants.

# ORDER

NOW, THEREFORE, BASED UPON THE FOREGOING STIPULATION OF COUNSEL, IT IS HEREBY ORDERED THAT:

The Decision and Order of the Court dated June 7, 2007, will be amended as follows:

That the damages awarded in favor of the plaintiffs is amended as follows:

| | |
|---|---:|
| Wayne and Gail Stevenson | $12,327.03 |
| Larry and Judy Holzmiller | 5,635.40 |
| Randall and Margaret Jacobson | 12,780.00 |
| Ronald Lonscar | 1,774.18 |
| Stan and Janice Mattson | 12,603.62 |
| Daniel and Margaret Shillinglaw | 13,578.39 |
| Douglas Tetting | 3,165.99 |
| Terrence and Jean Vogl | 11,807.58 |

    Roger and Linda Willms        20,737.00
    Jeffrey and Mary Weide        21,334.66
    Eugene and Eileen Ziarek        8,311.29

The Plaintiffs are awarded attorney fees in the amount of $70,221.00.

The Plaintiffs are awarded taxable costs in the amount of $6,881.55 as set forth in the bill of costs.

The Clerk of Court is DIRECTED to enter a second amended judgment accordingly.

Dated at Milwaukee, Wisconsin, this 2nd day of July, 2007.

**SO ORDERED,**

    **s/ Rudolph T. Randa**
    **HON. RUDOLPH T. RANDA**
    **Chief Judge**